Dismissed and Memorandum Opinion filed July 1, 2004









Dismissed and Memorandum Opinion filed July 1, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00512-CV

____________

 

ANTONIO
FIGUEROA, Appellant

 

V.

 

AMERICAN STATE INSURANCE COMPANY OF
TEXAS, Appellee

 



 

On Appeal from the
281st District Court

Harris County, Texas

Trial Court Cause No.  03-64404

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 5, 2004.

On June 24, 2004, appellant filed a motion to dismiss because
appellant no longer desires to prosecute this appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 1, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.